MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@blgwins.com
trichards@blgwins.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BOYLE; WILLIAM BIGELOW; DARRYL DAUENHAUER; HORST DZIURA; GARY GREGG; WILLIAM HARLAND; PAUL HOUDAYER; CHRISTOPHER NORDLING; WILLIAM SHERLOCK; AND FERENC SZONY,<br><br>Plaintiffs,<br><br>vs.<br><br>HILTON HOTELS CORPORATION N/K/A HILTON WORLDWIDE, INC. – U.S. APPEALS COMMITTEE, HILTON HOTELS RETIREMENT BENEFIT REPLACEMENT PLAN, AND HILTON SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN,<br><br>Defendants. | Case No.: 2:16-cv-02250<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER COMPLAINT UNTIL NOVEMBER 18, 2016** |

Plaintiffs, MICHAEL BOYLE, WILLIAM BIGELOW, DARRYL DAUENHAUER, HORST DZIURA, GARY GREGG, WILLIAM HARLAND, PAUL HOUDAYER, CHRISTOPHER NORDLING, WILLIAM SHERLOCK, AND FERENC SZONY, ("Plaintiffs") by and through their counsel of record, The Bourassa Law Group, and Defendants HILTON HOTELS CORPORATION N/K/A HILTON WORLDWIDE, INC. – U.S. APPEALS COMMITTEE, HILTON HOTELS RETIREMENT BENEFIT REPLACEMENT PLAN, AND HILTON SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN ("Defendants"), by and

through their counsel of record, Alston & Bird LLP, hereby stipulate to extend Defendants' time to answer through November 18, 2016 in order to allow Defendants time to obtain local counsel.

Therefore, IT IS STIPULATED AND AGREED that Defendants will respond to Plaintiff's Complaint on or before November 18, 2016.

DATED this 27th day of October, 2016.          DATED this 27th day of October, 2016.

THE BOURASSA LAW GROUP                          ALSTON & BIRD LLP

By: /s/ Mark J. Bourassa                         By: /s/ Patrick C. DiCarlo
MARK J. BOURASSA, ESQ.                           PATRICK C. DICARLO, ESQ.
Nevada Bar No. 7999                              One Atlantic Center
TRENT L. RICHARDS, ESQ.                          1201 West Peachtree St
Nevada Bar No. 11448                             Atlanta GA 30309
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117                          *Attorneys for Defendants*

*Attorneys for Plaintiffs*

IT IS SO ORDERED.
Dated:  October 28, 2016

_____
United States Magistrate Judge

- 2 -