# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL BOYLE et al.,

    Plaintiff(s),

v.

HILTON HOTELS CORPORATION, et al.,

    Defendant(s).

Case No. 2:16-cv-02250-RFB-NJK

ORDER

Attorney Kyle R. Woods has been appearing in this case on behalf of Defendants. The Court takes judicial notice of the bar records showing that Mr. Woods is admitted to practice in Nevada, but that his office is located in Georgia. *Cf. White v. Martel*, 601 F.3d 882, 885 (9th Cir. 2010) (courts may take judicial notice of bar records).[1] Attorneys who are admitted to practice in Nevada but do not "maintain an office" here must comply with Local Rule IA 11-1(b). It does not appear that Mr. Woods maintains an office in Nevada. *Compare* Local Rule IA 11-1(b)(1) ("A . . . mail-drop location does not constitute an office under this rule") *with* Docket No. 13 (providing local mailing address that is "c/o" another person). Nonetheless, Mr. Woods has not complied with the requirements in Local Rule 11-1(b).

---

[1] As is evident by the docket, Mr. Woods' CM/ECF account similarly identifies his office location as being in Georgia.

Attorney Patrick C. Dicarlo is appearing *pro hac vice* in this case on behalf of Defendants. To appear *pro hac vice*, an out-of-state attorney "must associate a <u>resident</u> member of the bar of this court as co-counsel." Local Rule IA 11-2(d) (emphasis added). Mr. Dicarlo's application to appear *pro hac vice* lists Mr. Woods as that bar member, *see* Docket No. 11 at 4, but for the reasons discussed above, it does not appear that Mr. Woods qualifies as a "resident member of the bar."

In light of the above circumstances, Mr. Woods and Mr. Dicarlo shall file a statement explaining the basis for their implicit representations that Mr. Woods maintains an office in Nevada and is a "resident" member of the bar. That statement must be filed by May 4, 2017. In lieu of that statement, Mr. Woods may comply with the requirements of Local Rule IA 11-1(b) and Mr. Dicarlo may associate a proper resident member of the bar of this Court as local counsel by May 4, 2017.

IT IS SO ORDERED.

DATED: April 20, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge