MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP**
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@blgwins.com
      trichards@blgwins.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL BOYLE; WILLIAM BIGELOW; DARRYL DAUENHAUER; HORST DZIURA; GARY GREGG; WILLIAM HARLAND; PAUL HOUDAYER; CHRISTOPHER NORDLING; WILLIAM SHERLOCK; AND FERENC SZONY, <br><br>Plaintiffs, <br><br>vs. <br><br>HILTON HOTELS CORPORATION N/K/A HILTON WORLDWIDE, INC. – U.S. APPEALS COMMITTEE, HILTON HOTELS RETIREMENT BENEFIT REPLACEMENT PLAN, AND HILTON SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, <br><br>Defendants. | Case No.: 2:16-cv-02250-RFB-NJK <br><br>**STIPULATION TO DISMISS PLAINTIFF WILLIAM BIGELOW ONLY** |

    COMES NOW, Plaintiff William Bigelow (hereinafter "Bigelow") by and through his counsel of record, The Bourassa Law Group, and Defendants Hilton Hotels Corporation n/k/a Hilton Worldwide, Inc. – U.S. Appeals Committee, Hilton Hotels Retirement Benefit Replacement Plan, and Hilton Supplemental Executive Retirement Plan (hereinafter "Defendants"), by and through their counsel Alston Bird LLP, hereby stipulate and agree to dismiss with prejudice all of Plaintiff Bigelow's claims asserted in this action <u>only</u> as against said Defendants in their entirety.

    Bigelow and Defendants shall each bear their own attorney's fees and costs.

All remaining Plaintiffs are still party to this matter and have not dismissed any claims against any Defendant at this time.

APPROVED AS TO FORM AND CONTENT BY:

| | |
|---|---|
| DATED this 6th day of July 2017. | DATED this 6th day of July 2017. |
| THE BOURASSA LAW GROUP | ALSTON & BIRD LLP |
| By: /s/ Mark J. Bourassa, Esq.<br>MARK J. BOURASSA, ESQ.<br>Nevada Bar No. 7999<br>TRENT L. RICHARDS, ESQ.<br>Nevada Bar No. 11448<br>7575 Vegas Drive, Suite 150<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Plaintiff William Bigelow* | By: /s/ Patrick C. Dicarlo, Esq.<br>PATRICK C. DICARLO, ESQ.<br>One Atlantic Center<br>1201 West Peachtree St<br>Atlanta GA 30309<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-02250-RFB-NJK

DATED this 6th day of July, 2017.

- 2 -