MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP**
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@blgwins.com
　　　　trichards@blgwins.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BOYLE; WILLIAM BIGELOW; DARRYL DAUENHAUER; HORST DZIURA; GARY GREGG; WILLIAM HARLAND; PAUL HOUDAYER; CHRISTOPHER NORDLING; WILLIAM SHERLOCK; AND FERENC SZONY, <br><br>Plaintiffs,<br><br>vs.<br><br>HILTON HOTELS CORPORATION N/K/A HILTON WORLDWIDE, INC. – U.S. APPEALS COMMITTEE, HILTON HOTELS RETIREMENT BENEFIT REPLACEMENT PLAN, AND HILTON SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN,<br><br>Defendants. | Case No.: 2:16-cv-02250-RFB-NJK<br><br>**STIPULATION TO DISMISS PLAINTIFF FERENC SZONY ONLY** |

COMES NOW, Plaintiff Ferenc Szony (hereinafter "Szony") by and through his counsel of record, The Bourassa Law Group, and Defendants Hilton Hotels Corporation n/k/a Hilton Worldwide, Inc. – U.S. Appeals Committee, Hilton Hotels Retirement Benefit Replacement Plan, and Hilton Supplemental Executive Retirement Plan (hereinafter "Defendants"), by and through their counsel Alston Bird LLP, hereby stipulate and agree to dismiss with prejudice all of Plaintiff Szony's claims asserted in this action only as against said Defendants in their entirety.

Szony and Defendants shall each bear their own attorney's fees and costs.

All remaining Plaintiffs are still party to this matter and have not dismissed any claims against any Defendant at this time.

APPROVED AS TO FORM AND CONTENT BY:

| | |
|---|---|
| DATED this 18th day of August 2017. | DATED this 18th day of August 2017. |
| THE BOURASSA LAW GROUP | ALSTON & BIRD LLP |
| By: /s/ Mark J. Bourassa, Esq.<br>MARK J. BOURASSA, ESQ.<br>Nevada Bar No. 7999<br>TRENT L. RICHARDS, ESQ.<br>Nevada Bar No. 11448<br>8668 Spring Mountain Road, Suite 101<br>Las Vegas, Nevada 89117<br><br>*Attorneys for Plaintiff Ferenc Szony* | By: /s/ Patrick C. Dicarlo, Esq.<br>PATRICK C. DICARLO, ESQ.<br>One Atlantic Center<br>1201 West Peachtree St<br>Atlanta GA 30309<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of August, 2017.

- 2 -