# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL HOUDAYER, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-02250-RFB-NJK |
| v. | ) ORDER |
| HILTON HOTELS CORPORATION, et al., | ) |
| Defendant(s). | ) |

It appears Paul Houdayer is the only remaining Plaintiff in this case. The parties shall file a joint status report no later than January 5, 2018.

IT IS SO ORDERED.

DATED: December 22, 2017

_____
Nancy J. Koppe
United States Magistrate Judge