MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP**
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@blgwins.com
        trichards@blgwins.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL BOYLE; WILLIAM BIGELOW; DARRYL DAUENHAUER; HORST DZIURA; GARY GREGG; WILLIAM HARLAND; PAUL HOUDAYER; CHRISTOPHER NORDLING; WILLIAM SHERLOCK; AND FERENC SZONY,<br><br>Plaintiffs,<br><br>vs.<br><br>HILTON HOTELS CORPORATION N/K/A HILTON WORLDWIDE, INC. – U.S. APPEALS COMMITTEE, HILTON HOTELS RETIREMENT BENEFIT REPLACEMENT PLAN, AND HILTON SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN,<br><br>Defendants. | Case No.: 2:16-cv-02250-RFB-NJK<br><br>**STIPULATION TO DISMISS DEFENDANTS HILTON HOTELS CORPORATION N/K/A HILTON WORLDWIDE, INC. – U.S. APPEALS COMMITTEE, HILTON HOTELS RETIREMENT BENEFIT REPLACEMENT PLAN, AND HILTON SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN WITH PREJUDICE AND CLOSE CASE** |

COMES NOW, Plaintiff Paul Houdayer (hereinafter "Houdayer") by and through his counsel of record, The Bourassa Law Group, and Defendants Hilton Hotels Corporation n/k/a Hilton Worldwide, Inc. – U.S. Appeals Committee, Hilton Hotels Retirement Benefit Replacement Plan, and Hilton Supplemental Executive Retirement Plan (hereinafter "Defendants"), by and through their counsel Alston Bird LLP, hereby stipulate and agree to dismiss this matter with prejudice in its entirety.

Houdayer and Defendants shall each bear their own attorney's fees and costs.

- 1 -

1    All Plaintiffs have been dismissed from this action and this case may be closed.

2    APPROVED AS TO FORM AND CONTENT BY:

3    DATED this 27th day of December 2017.        DATED this 27th day of December 2017.

4    THE BOURASSA LAW GROUP                    ALSTON & BIRD LLP

5

6
     By: /s/ Mark J. Bourassa, Esq.                 By: /s/ Patrick C. Dicarlo, Esq.
7        MARK J. BOURASSA, ESQ.                      PATRICK C. DICARLO, ESQ.
         Nevada Bar No. 7999                         One Atlantic Center
8        TRENT L. RICHARDS, ESQ.                     1201 West Peachtree St
         Nevada Bar No. 11448                        Atlanta GA 30309
9        7575 Vegas Drive, Suite 150
10       Las Vegas, Nevada 89128                     *Attorneys for Defendants*

11   *Attorneys for Plaintiff Paul Houdayer*

12

13       **IT IS SO ORDERED.**

14

15                                          _____
                                            UNITED STATES DISTRICT JUDGE
16                                          Case No.: 2:16-cv-02250-RFB-NJK

17                                             DATED:  December 28, 2017

18

19

20

21

22

23

24

25

26

27

28